| | |
|---|---|
| 1 | SEYFARTH SHAW LLP<br>Michael J. Burns (SBN 172614) |
| 2 | mburns@seyfarth.com<br>560 Mission Street, 31st Floor |
| 3 | San Francisco, California 94105<br>Telephone:  (415) 397-2823 |
| 4 | Facsimile:    (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP<br>David D. Jacobson (SBN 143369) |
| 6 | djacobson@seyfarth.com<br>2029 Century Park East, Suite 3500 |
| 7 | Los Angeles, California 90067-3021<br>Telephone:  (310) 277-7200 |
| 8 | Facsimile:    (310) 201-5219 |
| 9 | SEYFARTH SHAW LLP<br>Zaher Lopez (SBN 272293) |
| 10 | zlopez@seyfarth.com<br>601 South Figueroa Street, Suite 3300 |
| 11 | Los Angeles, California 90017<br>Telephone:  (213) 270-9600 |
| 12 | Facsimile:    (213) 270-9601 |
| 13 | *Attorneys for Defendants* |
| 14 | XPO LOGISTICS FREIGHT, INC., XPO ENTERPRISE SERVICES, INC., XPO LOGISTICS, INC.,<br>and XPO LOGISTICS WORLDWIDE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| VANESSA CORTES, an individual, on her own behalf; MARLENA MCGOWAN, an individual on her own behalf; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XPO LOGISTICS FREIGHT, INC., a Delaware Corporation; XPO ENTERPRISE SERVICES, INC., a Delaware corporation; XPO LOGISTICS, INC., a Connecticut corporation, XPO LOGISTICS WORLDWIDE, INC., a Delaware corporation,; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:19-cv-01165-DSF (SP)<br><br>**DEFENDANTS' AMENDED NOTICE REGARDING RELATED CASE**<br><br>**[CENTRAL DISTRICT LOCAL RULE 83-1.3.1]**<br><br>[Superior Court of the State of California, County of Riverside Case No. RIC1902668]<br><br>State Complaint Filed: April 29, 2019<br>Trial Date: Not yet set |

AMENDED NOTICE REGARDING RELATED CASE

**PLEASE TAKE NOTICE THAT,** pursuant to Central District Local Rule 83-1.3.1, the undersigned, counsel of record for Defendants XPO LOGISTICS FREIGHT, INC., XPO ENTERPRISE SERVICES, INC., XPO LOGISTICS, INC., and XPO LOGISTICS WORLDWIDE, INC. ("Defendants"), hereby submits this Amended Notice Regarding Related Case, and states that *Marlena McGowan v. XPO Logistics Freight, Inc.*, Central District Case No. 5:19-cv-01095-JAK (SPx) ("*McGowan*") **is no longer related to this action**. Specifically, by stipulation of the parties in *McGowan*, McGowan has dismissed the five (5) claims against XPO Logistics Freight, Inc. in Case No. 5:19-cv-01095-JAK (SPx) that she also asserts against XPO Logistics Freight, Inc. here in Case No. 5:19-cv-01165-DSF (SP). Specifically, in Case No. 5:19-cv-01095-JAK (SPx), McGowan originally asserted, but has now dismissed, her claims against XPO Logistics Freight, Inc. under the California Labor Code for: 1) failure to pay all hours worked; 2) failure to pay overtime compensation; 3) meal period violations; 4) rest period violations; and, 5) waiting time penalties. (*See* **Exhibit A**, Joint Stipulation for Dismissal.) Accordingly, ***McGowan* is no longer related to this action**. Defendants therefore respectfully submit that this matter is no longer related to Case No. 5:19-cv-01095-JAK (SPx) and should not be consolidated with that case for any purpose.

DATED: July 2, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *David D. Jacobson*
  Michael J. Burns
  David D. Jacobson
  Zaher Lopez

*Attorneys for Defendants*
XPO LOGISTICS FREIGHT, INC.,
XPO ENTERPRISE SERVICES, INC.,
XPO LOGISTICS, INC. and
XPO LOGISTICS WORLDWIDE, INC.

57855634v.2