JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA CORTES, MARLENA MCGOWAN, individually and on their own behalf; and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>XPO LOGISTICS FREIGHT, INC., a Delaware corporation; XPO ENTERPRISE SERVICES, INC., a Delaware corporation; XPO LOGISTICS, INC.; a Connecticut corporation; XPO LOGISTICS WORLDWIDE, INC., Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-01165-DSF-SP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [FED.R.CIV. P. 41(a)(1)(A)(i)]** |

**ORDER**

Pursuant to the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that:

1. This action be dismissed with prejudice as to Plaintiff Vanessa Cortes, including each and every cause of action in the Complaint, and as to all parties;

2. This action be dismissed without prejudice with regard to Plaintiff Marlena McGowan and any putative class claims by Marlena McGowen; and

3. Each party shall bear their own attorney's fees and costs

IT IS SO ORDERED.

DATED: July 24, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE